UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
TODD BIGELOW,

                                                                                  17 Civ. 1975 (PLF)

        Plaintiff,

- against -

TOM GARRETT and TOM GARRETT FOR CONGRESS,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## DECLARATION OF KENNETH P. NORWICK

Kenneth P. Norwick declares under penalty of perjury as follows:

1. I am a member of the bar of this Court and I represent the plaintiff in this action.

2. I submit this Declaration in opposition to the defendants' pending motion to dismiss or transfer this action. On November 28, 2017, I submitted a similar and related Declaration in support of plaintiff's separate motion for, <u>inter alia</u>, a stay of defendants' motion and for jurisdictional discovery (Docket No. 8).

3. Although we believe jurisdictional discovery is needed to enable a full adjudication of defendants' motion, at this point we submit that there is sufficient evidence that defendants had extensive business interactions -- contacts -- with persons and entities within the District of Columbia so that defendants' motion to dismiss should be denied. And this is especially true if discovery establishes that those D.C.-based contacts were directly involved -- perhaps were responsible for -- the infringements at issue in this action.

4. Defendants' fund-raising financial filings with the Federal Elections Commission can be retrieved at this link: https://www.fec.gov/data/committee/C00607101/?cycle=2016#total-raised. Those filings report that $5,700 was contributed to defendants' campaign by donors within the District of Columbia.

5. Defendants' expense financial filings with the Federal Elections Commission can be retrieved at this link: https://www.fec.gov/data/committee/C00607101/?cycle=2016&tab=spending. Those filings report that defendants paid at least $261,049.23 -- approximately one-third of their total expenditures -- to persons and entities within the District of Columbia for, inter alia, "media advertising," "advertising," "fundraising," and "direct mail services."

6. Christopher Woodfin, defendants' attorney and the Treasurer of defendant Committee, has confirmed to me in emails and telephone conversations that plaintiff's copyrighted photo was included in several Facebook postings by defendants; several times on defendants' website; in a video created and disseminated by defendants, including on YouTube; and in at least one "email blast."

7. In light of the fact that defendants spent at least $261,049.23 to persons and entities within the District of Columbia for, inter alia, "media advertising," "advertising," "fundraising," and "direct mail services," it seems highly likely that defendants' extensive infringing uses of plaintiff's copyrighted photo were actually created and disseminated by professionals based in the District of Columbia. Should discovery confirm that surmise, all such entities will immediately be sued in this Court for willful copyright infringement, which will further anchor this case here. (And, of course, if this Court ultimately -- when the proposed (in our separate motion) stay is

lifted -- transfers the case as defendants request, that would mean that there would be two separate but directly related copyright infringement cases based on the same infringements simultaneously pending in two separate federal district courts.)

8. The facts concerning defendants' extensive contacts with the District of Columbia set forth above were also set forth in support of plaintiff's separate motion (Docket No. 8). On December 12, 2017, defendants filed a memorandum (but not a declaration) in opposition to that motion (Docket No. 10). We believe it is telling, if not dispositive, that defendants do not even attempt to refute those facts, which at this point at least stand entirely undisputed.

Dated: December 13, 2017

s/ Kenneth P. Norwick

# CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2017, a true copy of the foregoing document was filed with this Court's CM/ECF system which shall send a copy of the document to all counsel of record in this action.

*s/ Kenneth P. Norwick*
NORWICK & SCHAD
110 East 59th Street
New York, NY 10022
(212) 751-4440
ken@norwickschad.com
Attorney for Plaintiff